IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT C. BURGESS, JR.,

    Plaintiff,

v.

EBAY, INC., et al.,

    Defendants.

No. C 11-01898 SBA (PR)

**ORDER REGARDING PENDING MOTIONS**

Docket Nos. 31, 33 and 37

    This is a pro se civil rights complaint filed by Plaintiff Albert C. Burgess, Jr., an inmate incarcerated in the Low Security Correctional Institution in Butner, North Carolina.[1] Several motions are now pending before the Court.

    On April 4, 2012, Defendant Danny L Durham filed a motion for permission for electronic case filing. (Dkt. no. 31.) This motion is granted. This action has been designated as an e-filing case. If Mr. Durham has not already done so, he should consult the court's public website, www.cand.uscourts.gov, click on the "ECF" link, and register himself if he has the necessary computer and internet access equipment. Because this case is designated as an e-filing case, all documents (orders and motions) will be served on Mr. Durham only electronically (and no paper copy will be sent to him) and all his documents must be filed electronically.

    On April 9, 2012, Plaintiff moved for an additional fifteen days in which to serve a subpoena on Visa, the only Defendant that had not been served. (Dkt. no. 33.) This motion is granted.

    On April 30, 2012, Plaintiff moved for leave to file an amended complaint. (Dkt. no.

---

[1] In his amended complaint, Plaintiff indicates that, after a ten month incarceration, the state dropped the charges against him. Thus, Plaintiff presently may not be incarcerated. However, the return address on Plaintiff's amended complaint indicates that he is still in prison. Also, Plaintiff has not informed the Court of a change in address, as he must do under Civil Local Rule 3-11(a) (party proceeding pro se whose address changes while an action is pending, must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address).

37.) Plaintiff indicated he only wished to correct the names of two Defendants. This motion is granted.

Also pending are Defendants' motions to dismiss. These motions shall be addressed in a separate order.

This Order terminates Docket nos. 31, 33 and 37.

IT IS SO ORDERED.

DATED: 11/20/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALBERT C. BURGESS, JR.,

        Plaintiff,

  v.

EBAY INC. et al,

        Defendant.
                                       /

Case Number: CV11-01898 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert C. Burgess 88539-071
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

Danny L Durham
2350 Washington Road
Augusta, GA 30904

Dated: November 21, 2012

                                      Richard W. Wieking, Clerk
                                      By: Lisa Clark, Deputy Clerk

L:\PRO-SE\SBA\CR.11\Burgess v EBay1898 3 Motions..wpd