UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALBERT C. BURGESS, JR.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EBAY, INC., PAYPAL, INC., GOOGLE, INC., VISA INTERNATIONAL, INC., MASTERCARD, INC., CHARLOTTE OBSERVER PUBLISHING CO., INC., DANNY L. DURHAM,<br><br>　　　　Defendants. | Case No: C 11-1898 SBA (pr)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Dkt. 63 |

On April 20, 2011, Plaintiff Albert C. Burgess, Jr., a federal inmate incarcerated in Butner, North Carolina, filed the instant action against: eBay, Inc. ("eBay"); PayPal, Inc. ("PayPal"); Google, Inc. ("Google"); Visa International, Inc. ("Visa"); Mastercard International, Inc.; Charlotte Observer Publishing Co., Inc; and Danny L. Durham.

On March 15, 2012, the Court granted Plaintiff's request for additional time to serve his complaint, and allowed Plaintiff until April 10, 2012, to serve all Defendants. Dkt. 28. Pursuant to Federal Rule of Civil Procedure 4(m), the Court explicitly warned Plaintiff as follows: "No later than April 10, 2012, Plaintiff must file proof that he has served the named Defendants. <u>The failure to do so will result in the dismissal of all claims against these named Defendants without prejudice</u>." Dkt. 28 at 1 (emphasis added). Plaintiff failed to file proof with the Court that he served Defendants eBay, Google and PayPal by that

deadline.  Consequently, on January 2, 2013, the Court dismissed the aforementioned Defendants from the action, without prejudice.  Dkt. 62 at 3 n.3.[1]

On January 17, 2013, Plaintiff filed the instant pro se motion under Federal Rule of Civil Procedure 59 in which he requests the Court to reconsider its dismissal of eBay, Google and PayPal.  Dkt. 63.  Plaintiff claims that he requires thirty days to gather the evidence to show that he, in fact, served these Defendants.  In addition, Plaintiff requests an additional ten days to file his Second Amended Complaint, per the Court's January 2, 2013 Order.

Before filing a motion for reconsideration, the movant must first seek leave to do so under Civil Local Rule 7-9.  Plaintiff has not complied with this requirement and the instant motion otherwise fails to make the requisite showing under Local Rule 7-9.  The Court may summarily deny motions that are not filed in compliance with the Court's local rules.  See Tri-Valley CAREs v. U.S. Dept. of Energy, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure to comply with local rules is well within a district court's discretion.").  The fact that Plaintiff is pro se does not excuse his non-compliance with the procedural rules of this Court.  See Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995).

Moreover, Plaintiff has failed to otherwise present a compelling ground for reconsideration.  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993).  In its March 15, 2012 Order, the Court directed Plaintiff to provide proof to the Court by April 15, 2012 that he had served all Defendants.  Dkt. 28.  The Court explicitly warned Plaintiff that the failure to provide such proof would result in the dismissal of any ostensibly unserved Defendants.  Despite having been warned of such consequences, Plaintiff failed to provide

---

[1] The Court also adjudicated motions to dismiss filed by the other Defendants, and dismissed the Plaintiff's claims with leave to file a Second Amended Complaint.

the requisite proof. Thus, the possibility that Plaintiff may be able to present proof that he served eBay, Google and PayPal—almost a year after it was due—simply is too little, too late.

In view of the foregoing, the Court denies Plaintiff's motion to reconsider the dismissal of eBay, Google and PayPal. However, Plaintiff has shown good cause for a ten-day extension of the deadline to file his Second Amended Complaint. Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for reconsideration is DENIED.

2. Plaintiff's request for an extension of time to file his amended complaint is GRANTED. Plaintiff shall have until **February 2, 2013** to file a Second Amended Complaint. The failure to file a Second Amended Complaint by that date will result in the dismissal of the action under Rule 41(b).

3. This Order terminates Docket 63.

IT IS SO ORDERED.

Dated: January 18, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALBERT C. BURGESS, JR.,

      Plaintiff,

 v.

EBAY INC. et al,

      Defendant.
_____/

Case Number: CV11-01898 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert C. Burgess 88539-071
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

Danny L Durham
2350 Washington Road
Augusta, GA 30904

Dated: January 18, 2013

                              Richard W. Wieking, Clerk
                              By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.11\11-1893 - Burgess - Order Denying Reconsideration.docx