UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALBERT C. BURGESS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EBAY, INC., PAYPAL, INC., GOOGLE, INC., VISA INTERNATIONAL, INC., MASTERCARD, INC., CHARLOTTE OBSERVER PUBLISHING CO., INC., DANNY L. DURHAM, <br><br> Defendants. | Case No: C 11-1898 SBA (pr) <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME** |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's ex parte request for an extension of time to file his Second Amended Complaint is GRANTED. The deadline for Plaintiff to file his amended pleading is enlarged from February 2, 2013, to February 8, 2013. The failure to comply with this deadline may result in the dismissal of the action.

IT IS SO ORDERED.

Dated: 2/4/13

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ALBERT C. BURGESS, JR.,

       Plaintiff,

  v.

EBAY INC. et al,

       Defendant.
                                      /

Case Number: CV11-01898 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert C. Burgess 88539-071
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

Dated: February 5, 2013

                                 Richard W. Wieking, Clerk

                                        By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.11\11-1893 - Burgess - Order Granting Plaintiffs Request for Ext of Time.docx